**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLEAN FOSTER, ) | |
| individually and on behalf of a class, ) | |
| ) | |
| Plaintiff, ) | **Case No.: 07 CV 824** |
| ) | |
| v. ) | **Judge Hibbler** |
| ) | |
| VELOCITY INVESTMENTS, LLC, ) | **Magistrate Judge Valdez** |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, Velocity Investments, LLC, by its attorney Justin M. Penn, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant a 21-day enlargement of time to file a responsive pleading to the Plaintiff's Complaint, and in support thereof, state as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Practices Act against the defendant.

2. Plaintiff's Complaint was filed on February 12, 2007, and Defendant Velocity Investments, LLC was served on March 27, 2007. The Answer is due April 16, 2007.

3. Defense counsel has filed an Appearance. Defendant hereby requests an additional 21 days from the filing of the complaint to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

4. Prior to filing this Motion, the undersigned called Plaintiff's counsel who indicated he does not oppose this request.

WHEREFORE, Defendant, Velocity Investments, LLC respectfully requests that this Court grant a 21-day enlargement of time, up to and including, May 7, 2007, to file a responsive pleading to the Plaintiff's Complaint.

                              Respectfully submitted,

                              **Velocity Investments, LLC**

               By:        s/Justin M. Penn
                              One of the Attorney for Defendant

Justin M. Penn -Atty Bar No. 06283726
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000